TALMADGE *et al.* v. HARVEY, trustee, *et al.*

BECK, Presiding Justice. The creation and maintenance of a wooden building on a public-school ground, which will be used as a basketball court and for other recreational exercises to be conducted by the pupils within the enclosure of the building, can not of itself be adjudged to be a nuisance. Whether there might be such an abuse of the privilege of exercising and playing therein as would render it a nuisance, we do not decide; but under the conflicting evidence in this case the judge did not err in refusing an injunction.

*Judgment affirmed. All the Justices concur.*

No. 11679. APRIL 14, 1937.

*Benjamin B. Garland* and *W. E. Watkins,* for plaintiffs.
*W. H. Key* and *A. S. Thurman,* for defendants.